EUNICE J. LANTIS v. SAMUEL E. DAVIDSON *et al.*

No. 13,034.  ( 72 Pac. 1100.)

Error from Sedgwick district court; D. M. DALE, judge.
Opinion filed April 11, 1903.  Affirmed.

*Amidon & Conly*, for plaintiff in error.
*I. P. Campbell*, for defendants in error.

*Per Curiam:* The wife of George H. Lantis sought to
enjoin the execution of a writ of possession for land which
she claimed as a homestead.  The facts leading up to the
controversy will be found in the statement of the case of
*Lantis v. Davidson*, 60 Kan. 389, 56 Pac. 745.  After that
decision Davidson obtained a judgment in forcible de-

tainer against Lantis for possession. The interest of Mrs. Lantis in the property was not of such a nature that she could maintain injunction.

The judgment of the court below will be affirmed.